1
 Twin Shores Master Owners Association, Inc. and Hammersmith Management, Inc., Petitioners v. Tiffani Willis, Respondent No. 25SC286Supreme Court of Colorado, En BancJanuary 12, 2026
           Court
 of Appeals Case No. 24CA369
 
 
 
          Petition
 for Writ of Certiorari GRANTED.
 
 
          [REFRAMED]
 Whether the division erred in holding that as to an
 association, a unit owner's guest is afforded invitee
 status under the Premises Liability Act, section 13-21-115,
 C.R.S. (2025), in areas that are part of the common elements
 owned and controlled by the association.
 
 
          DENIED
 AS TO ALL OTHER ISSUES.